UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
Jul 17 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ julieh  DEPUTY

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

Hilary Graciela Beltran-Uriarte (2),

          Defendant.

Case No. 18-cr-1935-BAS

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information and Superseding Information:

21:952, 960; 18:2 - Importation of Cocaine (Felony). Aiding and Abetting (Felony)

Dated: 7/17/2018

Hon. Barbara L. Major
United States Magistrate Judge